IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

STEPHEN DEITCH,
         Debtor.

STEPHEN DEITCH,
         Appellant,

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION,
         Appellee.

CIVIL ACTION

NO. 15-204

BANKRUPTCY

NO. 13-10121

## ORDER

**AND NOW**, this 15th day of June, 2015, upon consideration of the Debtor-Appellant Stephen Deitch's initial brief [ECF No. 5] and the Appellee Federal National Mortgage Association's brief in response [ECF No. 6], after oral argument held on May 8, 2015, and for the reasons provided in the Court's Opinion of June 15, 2015 [ECF No. 10], **IT IS ORDERED** that the Bankruptcy Court's order of December 3, 2014 [Bankr. No. 13-10121, Docket No. 177], is **VACATED** and this matter is **REMANDED** to the Bankruptcy Court with instructions to dismiss the Debtor-Appellant's Objection to the Appellee's Proof of Claim for lack of subject matter jurisdiction under the *Rooker–Feldman* doctrine.

         **BY THE COURT:**

         /S/WENDY BEETLESTONE, J.

         **WENDY BEETLESTONE, J.**